IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2015 DEC 16 PM 1:25

TIM J. ELLIS, CLERK
BY_____
DEPUTY CLERK

In Re: )
)
PARRILL, TRAVIS ) Case No. 13-20970
PARRILL, MANDIE )
)
) Chapter 7
Debtor(s). )

### TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid and reissued to the United States Bankruptcy Court in the amount of **$12.33**.

2. That the names of the persons to whom such negotiated check was issued, the amount of such checks, and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| **Advanced Anesthesia** | **111 W. 2nd St., Ste 415 Casper, WY 82601** | **$12.33** |

3. That the Trustee's check for $12.33 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 8th day of December 2015.

/s/ Gary A. Barney
Gary A. Barney, Trustee